**FILED**
*10:17 am, 6/29/21*
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

NATOSHA MARTIN

Defendant.

Case Number:   21-mj-00036-NDF-2

Date 6/29/2021    Time 10:10 - 10:16  AM    Before the Honorable    R. Michael Shickich

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Arraignment    ☐ Rule 5

☐ Initial Appearance    ☑ Detention Hearing    ☑ Preliminary Hearing    ☐ Removal Hearing

☐ Other _____

Offense: 21 U.S.C 846 and 841(a)(1), (b)(1)(B) - Conspiracy to Distribute Methamphetamine

| Tiffany Dyer | FTR Recording | Laura Conrad |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy J. Forwood | Platte County Detention | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Gay Woodhouse
☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

MAGISTRATE CRIMINAL PROCEEDING SHEET

**BOND IS**   ☑ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____   Time _____
Judge _____

☐ Obey all laws, Federal, State and Local
☐ Maintain current residence
☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____
☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives
☐ Abide by the following curfew _____
☐ Not use or possess alcohol
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing
☐ Post property or sum of money _____
☐ Do not obtain passport
☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____
☐ Mandatory DNA collection
☐ Other _____
☐ Bail review / detention hearing   Date _____
☑ Defendant detained- Reasons   Detention Waived

**Preliminary Hearing**   Date 6/29/2021
Witnesses   Waived
Outcome   ☐ Bound over to U.S. District Court   ☐ Dismissed
☐ Other _____